UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:06CR-112-H

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.

JOHN EARL SALAZAR                                                            DEFENDANT

**ORDER**

Defendant has objected to the Magistrate's recommendation to deny his motion to suppress. The Court has held a hearing concerning those objections.

The Court is in general agreement with the Magistrate's report and recommendation. The TSA employer did find a laminated card image of an apparently pre-pubescent female in a sexual pose. The legend on the card referred to a website. After further questioning, Defendant was perceived to be providing deceptive or unclear answers. The evidence of child pornography and Defendant's perceived inconsistent explanation for it present a sufficient basis for a search of the computers. The Court agrees with this critical portion of the Magistrate's findings.

The Court does not believe that the presence of legal pornographic magazines would be a sufficient basis to justify a further search or a warrant. The possession of these particular magazines does not suggest a criminal violation and cannot be a basis for the finding of probable cause. The warrant does appear to have been based upon such evidence.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Magistrate's Findings of Fact, Conclusions of Law and Recommendation are AFFIRMED.

cc: Counsel of Record